No. 956. United States, Owner of Steamship Lake Fairlie, etc. v. Sugarland Industries et al. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. J. Frank Staley* for the United States. No appearance for respondents.

---

No. 967. Oliver M. Tucker et al. v. Karl E. Peiler et al. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George W. Ramsey* for petitioners. *Mr. Vernon M. Dorsey, Mr. Sidney F. Parham* and *Mr. John P. Bartlett* for respondents.

---

No. 975. George H. Miles v. United States. May 12, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ely Rosenberg* for petitioner. No brief filed for the United States.

---

No. 969. Alge Howell v. United States. May 26, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George J. Gulotta* for petitioner. No brief filed for the United States.

---

No. 972. Randolph Whitman, as Chairman, etc., et al. v. Bondholders Committee of December 1, 1921, et al. May 26, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert Szold* for petitioners. *Mr. Mark Hyman* for respondents.